

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00475-CV

| | | |
|---|---|---|
| LARRY JOE MORGAN, Appellant | § | On Appeal from the 48th District Court |
| v. | § | of Tarrant County (048-306563-19) |
| GOVERNOR GREG ABBOTT, JUDGE GEORGE GALLAGHER, DAVID C. HAGERMAN, BENSON VARGHESE, SHAREN WILSON, WILLIAM STANLEY HARRIS, JUSTICE JAMES T. CAMPBELL, JUSTICE MACKEY HANCOCK, JUSTICE PATRICK A. PIRTLE, JUDGE JOHN P. CHUPP, LISA MORTON, AND, WALWORTH BURGE, M.D., Appellees | § § | April 30, 2020 Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Larry Joe Morgan shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM